IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:16-CR-112 |
| | ) | |
| AUSTIN J. INGLES, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

The United States and the defendant, AUSTIN J. INGLES ("DEFENDANT" or "INGLES"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On or about April 17, 2016, together with co-conspirators B.M. and A.U., the defendant, INGLES, agreed to break into the Navy Exchange, in Norfolk, Virginia, within the Eastern District of Virginia (hereinafter, the "NEX"), for the purpose of stealing government property. The NEX is a Department of the Navy organization. Merchandise sold at the NEX belongs to the United States Government, through the Department of the Navy.

2. During the daytime hours of April 17, 2016, the defendant and co-conspirator B.M. went to the NEX, perused cases of jewelry for sale within the store and identified the items they wished to steal. The defendant and B.M. spent approximately 2-3 hours in the store. The co-conspirators identified Rolex watches, gold jewelry, and Effy brand jewelry as targets for their theft. INGLES and B.M. left the NEX.

3. INGLES, together with B.M. and A.U., returned to the NEX parking lot at approximately 11:52 on the evening of April 17, 2016, in INGLES' blue Volvo XC90 SUV.

AKN

## The co-conspirators

~~INGLES had~~ removed the license plates from the vehicle with the intent to avoid detection by law enforcement.

4. Once in the NEX parking lot, INGLES and B.M. left the vehicle. A.U. remained in the vehicle, ready to drive away when INGLES and B.M. returned.

5. INGLES and B.M. proceed toward the NEX. Once they reached the store, they broke glass doors at the store's entrance with rocks they had brought from INGLES' home. They entered the store and ran to the jewelry and watch counters that they had surveyed earlier in the day.

6. INGLES and B.M. used the rocks they had brought from INGLES' home to smash several jewelry and watch cases. They removed store merchandise from the cases. The merchandise included: seven Rolex watches, 128 pieces of Effy jewelry, and 22 pieces of gold jewelry. The Rolex watches had an aggregate value of $44,313. The Effy jewelry had an aggregate value of $92,923.50. The gold jewelry had an aggregate value of $10,244.68. INGLES and B.M. put the merchandise in backpacks and ran out of the store.

7. INGLES and B.M. returned to INGLES' vehicle. A.U. drove the co-conspirators out of the NEX parking lot and toward Virginia Beach. At some point, they pulled over to put the license plates back on the vehicle. Once the license plates were back on the vehicle, the co-conspirators drove to Winston-Salem, North Carolina, where B.M. had a residence.

8. Once at B.M.'s residence in North Carolina, the co-conspirators removed the tags from the stolen merchandise. On or about April 18, 2016, the co-conspirators visited numerous pawn shops in the Winston-Salem, North Carolina area to sell the watches and jewelry they had stolen.



9. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
A. K. Nichol
Special Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, AUSTIN J. INGLES, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
AUSTIN J. INGLES

I am J.D. Byers, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
J.D. Byers
Attorney for AUSTIN J. INGLES

3

